UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEZELL MACK JONES,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:16-cr-00091-PLM-1

## ORDER

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant's detention on two bases: (1) that he poses a danger to other persons in the community, 18 U.S.C. § 3142(f)(1); and (2) that he poses a serious risk of flight. 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on July 19, 2016, at which defendant was represented by counsel. The Court has also considered the information contained in the Pretrial Services Report. (ECF No. 8).

Having considered the evidence and the parties' submissions, and for the reasons stated on the record, the Court finds that the government has proven by clear and convincing evidence that defendant poses a danger to the community, and by preponderant evidence that he poses a serious risk of nonappearance. The Court also finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of other persons in the community and the appearance of defendant. Accordingly,

IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 20th day of July, 2016.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge